UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RANGEL,<br><br>               Petitioner,<br><br>      v.<br><br>JEANNE WOODFORD,<br><br>               Respondent. | Case No. CV 05-4495 ABC(JC)<br><br>(~~PROPOS~~ED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: _2/17/09_

_____
HONORABLE AUDREY B. COLLINS
CHIEF, UNITED STATES DISTRICT JUDGE